DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOEL L. TALLANT, SR.,**
Appellant,

v.

**ELIZABETH C. TALLANT,**
Appellee.

No. 4D17-2001

[March 22, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert L. Pegg, Judge; L.T. Case No. 312016DR001482.

Joel L. Tallant, Sr., Sebastian, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and DAMOORGIAN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***